## Winter *vs.* Carter.

THIS was an Action on Bail Bond. The Defendant pleaded *comperuit ad diem ;* Plaintiff replied *nul tiel record ;* and Issue being taken thereon, day was given, by Rule entered in vacation, to produce the record on the first day of this Term.

And now, on this day, being the *quarto die post,*

The *Attorney General* for Plaintiff, moved that the Defendant be called to produce the record.

The Court expressed some doubt whether this was to be considered as a *Common Rule,* within the Intent of the first general Rule of April Term, 1796, and took Time to consider of it till the succeeding monday, when they ordered Judgment for default of record.

